JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE CARVAJAL RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | Case No. 2:22-cv-01643 SVW (RAOx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS SO ORDERED that pursuant to the parties' separately filed stipulation, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs and fees.

Dated: December 12, 2022

UNITED STATES DISTRICT JUDGE